I just wanted to talk a little bit about some of the things that I've experienced in my professional life. One of the things that I've experienced is trying to do a lot of this kind of conservation work. I've been a teacher since I was 16. I've also been a post-secondary school teacher since I was 16, so I've been doing that quite a bit. I've been involved with this for 25 years. I've been a teacher for seven years now. Sometimes I've been a teacher for four years. I've been a teacher for five years. What has helped me is really just the orientation, the stuck out environment, and I feel as a statesman, saying to the whiteожалуй people, we're gonna use these resources to do this institutional work, and we just want to bring it forward. Even before you do that, it's going to take as long as a couple of weeks. You need to bring it in first. You have to find a school that already changed their mind. This year they're kind of, you need to figure out how you're going to get this shit done. How do they change it? The first step is to set up a full intervention staff, which means that you have a student who you can call. You can change the intervention with the close of our department. You can start an intervention with the staff that you know to do the intervention. This is one of the more urgent submits we're wanting to do. The second is an intervention that applies to the student, the department, and each other in the institution. You can also work on the future of the department. That's what we see a lot of people do. We're not going to be able to do this. We're setting up a full intervention staff, and our vision is to have an intervention for the medical group. We're going to close the department on this in each year, so that the nation, unfortunately, this right now, this is a four-year deal, and so I think this board has recognized that it's a need to have full intervention to teach a certain type of case. We're trying to do that. Now we have the next question. It's on the policy issues of the school. This is a really interesting issue. It's a policy-based question. What is the policy issue? Well, it is the integration of what is defined in the USJ policy internet, the FOA program. There's some cases like in Oregon, in the United States, where students actually put a statute that tells the students that they can't have a children under 14 plus years to 61 years of age. Quote, the answer is no. I think that's true. It's such an efficiency. It's such an achievement. The inclusion of this internet is really important. Inclusion puts an end to it. It puts an end to it. It's short, it's dumb, and it's complicated. It's a huge system. It's a multiple-pronged system. We have 17 exemptions. We need to create resources to do these things. One of those exemptions, 49.1, allows EPA to use their jobs to help climate justice community. And so, one of the conditions is that, essentially, I'm just going to quote, the conditions, these are the conditions, resources, security, protection, and all these other things. And I'm going to go into more detail in a minute. But, in the interest of time, I'm going to just put the EPA description on this. I didn't even tell you about it. There's a bunch of cold callers that are in the major economy. The first thing is, like I said, there's a lot of science. And so, I think what we're seeing in the EPA is that there's a lot of questions that should be put into this. This is actually important to the agency. It's not only important to the agency, but it's also important to the commercial employer. It's also important to the agency. Let's see what other questions we have. May I say some more? My name is Jen Brewer. I represent the conservation practitioners in this area. I would like to reserve three minutes of fun time for a couple of questions from all of the petitioners. I'd like to address two points here that I would like to make. First, the timing of pollute reduction under the Clean Air Act, these requirements matter. If decades long, the money on pollution reduction is controlled and EPA is approved here, you're not going to apply for the dollars. Second, the culture that EPA did approve is under the Clean Air Act, because it does not take greater reasonable costs on these pollute reductions. And thus far, it seems to me that most of the benefits come from pollution. The next poll question, Your Honor, is about I'd like to turn to the majority of you to provide this. Alternately, R-172, human resources, which is a very good question that's going against this parenthesis. What you see there, Your Honor, is a black line, and it's the only thing that's been put into a graph that's otherwise free of any of this EPA's work. It expresses the Constitution's issues, considering the civil unlawful use of bars, as determined by EPA in 2013. That is the pollution that now has already stationed an order line since 2044. The added issue is that it just has an extra line through the red line. In other words, EPA did not prepare the alternative, but really wanted to use bars. It compared it to the red line and created some good purposes in comparison to these kids. What that red line does is add that pollution that has not occurred at all in the high current, or it's not allowed to matter of pollution, to make the total poor, to make the poorest, more favorable. And that is something that is not true of all of us, whether you're EPA or research, which clearly is the case, so it's very important that you compare it to bars, but you undermine a lot of the pollution, and it is going to make the total poor. I'm not sure if using credits is actually a good idea. Well, you said we're not going to use credits. People are going to use them. It's going to be treacherous. You said that also you should use them. It hurts the economy. It affects the qualifications. It affects the social design. This is going to be controversial. I'm sorry. That's pretty good. It's the reverse of the purpose. It just was that instead of using credits, they will not consider it, and that's the experts' explanation for why they think it's controversial, is they will not consider what the Office of California Research wanted to call rural involuntary adoption, and just try to take away some of the excuses, and that's exactly what he is pointing out, that it shouldn't be considered right now. It's an excuse technology. It is an effort to dampen down what was on par and what level might also be necessary under the five-factor right now. And he just really said on multiple occasions that he doesn't want to do that. And he said, if you take your time making it 10 2013 partitions, whether or not controls are already there, what does that mean? In terms of what controls to be accomplished, what the cost might be, the goal of the five-factor, which is what we need, creating some kind of 25-year accomplishment before we actually talk about real compliance, the days are good, and the time is good, and it shows we are not going to achieve a greater reasonable progress with the tools that we have to come up with that we will look hard at as straight-up measures that are supposed to be made under these regulations. The cost-per-cent, because if you're sitting there and you can't go on purpose and you can't mess up the maps, you have to go for insurance and you have to buy these. Of course, the cost-per-cent, what is the cost? So those are guys that basically added to that so-called credit, only when it came time to try to figure out the alternative, and by alternative, I mean to realize all at once that you're going to get options that won't occur if you don't do them. Now, the cost-per-cent, remember, it doesn't matter. You can choose the cost-per-cent to go with what you can. But you're right, it shows that they did and just create that red line for the first six years to save up for a new regulations system. Now, there are actually some problems with this. I mean, yeah, it's actually a free system, but it's not the contrary. It's going to be some standard practice that you manage and you have to stay with it while you're here about what you would and wouldn't do with suspension rents. But it's also contrary to the law because, again, the regulations that you concurred upon don't concur to the smaller number that they decided at the time was to look at as good as BART or as more fair than BART and as best BART. And the reason that EPA's regulations said that is because most agencies aren't even challenged in terms of the cost-per-cent determined BART and imposed BART in less than five years. So EPA did other regulations to say, well, it's just as good as BART and case law says that, sure, we will give EPA that latitude, but it's got to be at least as well, better than BART in terms of being as good as BART and a lot more fair than BART in terms of being as good as BART. So, it was a creative mismanagement of BART's case. And we've seen that the whole BART thing seems very fishy, has fallen down and needs to be sold back and basically redo this process. But, in this case, the state has to make a decision about whether      to BART.  we've seen     about whether BART is going to be a good alternative to BART. So, we've seen that the state has to make a decision about whether BART is going to be a good alternative to BART.  we've seen to be a good  to BART. So, we've BART is going  a good alternative to BART.  we've seen  state has to make a decision about  BART is going to state has to make  about  that the  to make a decision  whether to make a decision  BART is going a decision about BART    alternative to BART. So, about BART alternative  BART. So, we will move on to a brief briefing about BART alternative to BART. So, we will move on to a brief briefing about BART alternative to BART. So, we will move on to    about BART    So, we will So,  will move on to alternative to BART. So,  will  on to a brief  about BART to     move on to a
judges: Schroeder, Trott, Owens